US DISTRICT COURT CLERK. PLEASE FILE.

TRULINCS 12146273 - CONTRERAS, MARIO M - Unit: OXF-D-A

---

FROM: 12146273
TO: Contreras, Nadine; Dohrer Atty-At-Law, Chris; Gill, D
SUBJECT: Hello Chris Dohrer. July 11, 2019.
DATE: 07/11/2019 03:48:42 PM

July 11, 2019.

Please forward this to the court.

'LEGAL MAIL."

Hello Chris.

1. Can you tell me is there a date for Evidentiary Hearing? And what needs to happen for this to take place. Youve been my atty since October 21, 2017. I havent recieved a letter from you yet.

2. My daughter Aleeyah is gone because of Sanford CardioSurgeon Dr. Froloff. Her heart exam, Echocardiogram proves this. Her undiagnosed untreated fatal heart defect left untreated was fatal as she was denied medical care for her fatal heart defect, physician neglect is what caused my daughter Aleeyahs death. It only needs to be read by a heart surgeon.

3. I asked your secretary Lisa when would I be able to get in contact with you. And to call your office at 1030am on Wednesday. You were not available. She said call back the next day. Its been like this ever since you were my atty.

4. I tried to call over 50 times with no answer. from 3pm to 330pm today on July 11, 2019. Lisa answered and hung up on me once the BOP computer stated a phone call from a federal inmate.

5. I wonder if I wrote the motion for govt funds to pay for a heart specialist to READ MY DAUGHTER ALEEYAHS HEART EXAM TO PROVE HER DEATH WAS ^CAUSED BY SANFORD DOCTOR FROLOFF A CARDIOSURGEON (he), and if it would go thru?

6. Do I need to do this too? Please let me know. I have no knowledge of you doing anything the whole time you've been my atty since October 21, 2019.

7. I dont know what else to think. You are not communicating with me and not sending me any letters and every time I speak with your secretary Lisa she tells me she gives you my messages. What would you do? What would anyone else do who is being ignored?

8. Do I need to to write the motion to have you sign it to send to the court too?

9. Please let me know. I know you are busy with other clients earning a living. I am just wondering where I fit in with your schedule. Are you too busy for me to be your client? Please let me know. I am trying to be patient as a client trying to prove these physicians at Sanford Dr. Froloff denying medical aid for her fatal heart defect and IHS Dr. Lois Crawford not approving a medical referral to a cardiology specialist, killed my daughter Aleeyah.

10. I have yet to receive a letter from your office letting me know what work you have done since the Motion I wrote that was approved by the court and given a order on November 8th 2018.

Sincerely,
/s/ _____
Mario M. Contreras.

CC: 400 PHILLIPS AVE, SIOUX FALLS, SD CLERK OF COURT.

Mario Contreras  
#12146-273  
Federal Correctional Institution  
PO Box 1000  
Oxford, WI 53952

MILWAUKEE WI 530

12 JUL 2019 PM 1



⇔12146-273⇔  
Us Dist Court Clerk  
U.S. Courthouse  
400 S Phillips AVE  
#128  
Sioux Falls, SD 57104  
United States

57104-685128

