UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| MARIO M. CONTRERAS, | \* | CIV 17-4075 |
| | \* | CR 12-10047 |
| Movant, | \* | |
| | \* | |
| vs. | \* | ORDER |
| | \* | |
| UNITED STATES OF AMERICA, | \* | |
| | \* | |
| Respondent. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Mario M. Contreras filed his Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255, Doc. 1. By its Order of November 8, 2018, the Court appointed attorney Christopher D. Dohrer, as counsel for Movant. Prior to that appointment, the Court had contact with Attorney Dohrer, who had previously been in contact with Movant and his family, and agreed to the appointment. The Court does want this case to proceed. Accordingly,

IT IS ORDERED:

1. That the Court received a copy of a communication from Mr. Contreras dated July 11, 2019, directed to his lawyer, Attorney Dohrer. In that communication, Mr. Contreras claims no activity by his lawyer. The Court does not know the merits of that claim, but if it is so, and counsel wishes to withdraw, the Court will appoint substitute counsel.

2. That on or before September 16, 2019, counsel for Movant shall file an Amended or Supplemental Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255.

3. That on or before October 9, 2019, Respondent shall file its response.

4. That on or before October 28, 2019, counsel for Movant may file a reply.

Dated this 17th day of July, 2019.

BY THE COURT:

/s/ Lawrence L. Piersol
Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK

/s/ Matthew Thelen